# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Doylestown Hospital, | : | |
| Petitioner | : | |
| | : | |
| v. | : No. 2524 C.D. 2015 | |
| | : | |
| Workers' Compensation Appeal | : | |
| Board (Kulak), | : | |
| Respondent | : | |
| | | |
| Nancy Kulak, | : | |
| Petitioner | : | |
| | : | |
| v. | : No. 2 C.D. 2016 | |
| | : | |
| Workers' Compensation Appeal | : | |
| Board (Doylestown Hospital), | : | |
| Respondent | : | |

## AMENDING ORDER

AND NOW, this 15th day of August, 2016, the date on line three of the second page of the Memorandum Opinion filed August 9, 2016, is amended to read July 29, **2014**.

_____
DAN PELLEGRINI, Senior Judge